UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA MITCHELL-LEWIS,

Plaintiff,

-against-

SHAWN DIDDY COMBS AKA PUFF DADDY; ALVIN BRAGG; LETITIA JAMES,

Defendants.

25-cv-5084 (KMW)

CIVIL JUDGMENT

For the reasons stated in the November 17, 2026, order, this action is dismissed against Bragg and James as frivolous, for failure to state a claim on which relief may be granted, and for seeking monetary relief from Defendants that are immune from such relief. See § 1915(e)(2)(B)(i), (ii), (iii). In addition, to the extent that Plaintiff seeks the criminal prosecution of Defendants or others, the Court dismisses those claims for lack of subject-matter jurisdiction, due to lack of standing.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 18, 2026
New York, New York

/s/ Kimba M. Wood
Kimba M. Wood
United States District Judge